■ RENAULT, INC. v. AUTO IMPORTS, LTD., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ANNE NARDONE v. ANTHONY NARDONE.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for petitioner-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with his court. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MARY RIBAUDO v. LAWRENCE SCHWARTZER.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of HARVEY R. RUBENSTEIN v. THOMAS THACHER, as Superintendent of Insurance of the State of New York.— Motion for a stay granted on condition that the petitioner does not in any way use his non-resident broker's license pending the determination of this proceeding, and on the further condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before May 19, 1961, with notice of argument for the June 1961 Term of this court, said proceeding to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 1, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ JEAN GERMAIN et al. v. PHILIP HELLER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ROYAL BINDERY, INC. v. JOSEPH HELLMAN, Individually and as President of the New York Paper Cutters' & Bookbinders' Union, Local No. 119, AFL-CIO.— Motion for a stay denied in all respects, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ DOROTHY H. PITTERA v. PARADE PUBLICATIONS, INC., et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBIN STAMISLOWSKI.— Assignment of Anthony F. Marra, Esq., as counsel for the defendant-appellant for the purposes of this appeal, contained in the order of this court entered on March 30, 1961, vacated, and Stanley B. Scheinman, Esq., of 15 Broad St., New York, New York, is assigned as counsel for the defendant-appellant for the purposes of this appeal in the place and stead of Anthony F. Marra, Esq. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.